B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>WTM, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>36-4223285 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>715 W RT 173<br>Antioch, IL                ZIP Code 60002 | Street Address of Joint Debtor (No. and Street, City, and State):                ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Lake | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                ZIP Code | Mailing Address of Joint Debtor (if different from street address):                ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**     *** David J. Schwab 6204333 ***
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(1/08)     Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> WTM, Inc. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:    - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> See Attachment | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>     Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

     _____
     (Name of landlord that obtained judgment)

     _____
     (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | WTM, Inc. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X /s/ David J. Schwab
Signature of Attorney for Debtor(s)

David J. Schwab 6204333
Printed Name of Attorney for Debtor(s)

Ralph, Schwab & Schiever, Chartered
Firm Name

175 East Hawthorn Parkway
Suite 345
Vernon Hills, IL 60061
Address

847-367-9699  Fax: 847-367-9621
Telephone Number

April 15, 2009
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Daniel F. Sledz
Signature of Authorized Individual

Daniel F. Sledz
Printed Name of Authorized Individual

President
Title of Authorized Individual

April 15, 2009
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re    WTM, Inc.                                    ,    Case No. _____
                            Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| Fox Valley Auto Mall, Inc.<br>Northern District of Illinois | 09-13436<br>Affiliate | 04/15/09<br>Goldgar |
| Fox Valley Suzuki Oak Lawn, Inc.<br>Northern District of Illinois | 09-13437<br>Affiliate | 04/15/09<br>Hollis |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  WTM, Inc.  
                Debtor(s)

Case No. _____  
Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| ADP Dealer Services<br>10 Inverness Center Pkwy<br>Suite 300<br>Birmingham, AL 35242-4819 | ADP Dealer Services<br>10 Inverness Center Pkwy<br>Suite 300<br>Birmingham, AL 35242-4819 | | | 3,753.73 |
| Antioch Auto Parts<br>250 Route 173<br>Antioch, IL 60002 | Antioch Auto Parts<br>250 Route 173<br>Antioch, IL 60002 | | | 3,228.15 |
| Auto Trader<br>5775 Peachtree Dunwoody Road<br>P.O. Box 932207<br>Atlanta, GA 31193 | Auto Trader<br>5775 Peachtree Dunwoody Road<br>P.O. Box 932207<br>Atlanta, GA 31193 | | | 6,450.53 |
| Bank of America<br>c/o Gonzalez Saggio & Harlan<br>225 E. Michigan<br>Milwaukee, WI 53202 | Bank of America<br>c/o Gonzalez Saggio & Harlan<br>225 E. Michigan<br>Milwaukee, WI 53202 | | | 35,008.54 |
| BMW Financial Services<br>5550 Britton Parkway<br>Hilliard, OH 43026 | BMW Financial Services<br>5550 Britton Parkway<br>Hilliard, OH 43026 | | | 9,120.00 |
| Callsource<br>P.O. Box 80162<br>City Of Industry, CA 91716-8162 | Callsource<br>P.O. Box 80162<br>City Of Industry, CA 91716-8162 | | | 3,015.00 |
| CPB Real Estate Partners, LLC<br>c/o Dan Sledz<br>2175 E. New York St.<br>Aurora, IL 60502 | CPB Real Estate Partners, LLC<br>c/o Dan Sledz<br>2175 E. New York St.<br>Aurora, IL 60502 | | | 146,114.02 |
| Dealer Track<br>P.O. Box 6129<br>New York, NY 10087 | Dealer Track<br>P.O. Box 6129<br>New York, NY 10087 | | | 6,965.00 |
| Dealerlink, Inc.<br>14221 Ballantyne Country Club Drive<br>Charlotte, NC 28277 | Dealerlink, Inc.<br>14221 Ballantyne Country Club Drive<br>Charlotte, NC 28277 | | | 5,792.85 |
| Erickson Auto Trim Inc.<br>2210 Lathrop Avenue<br>Racine, WI 53405 | Erickson Auto Trim Inc.<br>2210 Lathrop Avenue<br>Racine, WI 53405 | | | 3,994.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   WTM, Inc.                                                                                    Case No.

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| George Vrakas<br>10014 Springdale Dr.<br>Spring Grove, IL 60081 | George Vrakas<br>10014 Springdale Dr.<br>Spring Grove, IL 60081 | | | 3,600.00 |
| Hasselbring Auto Transport<br>1124 23rd Avenue North<br>Saint Cloud, MN 56303 | Hasselbring Auto Transport<br>1124 23rd Avenue North<br>Saint Cloud, MN 56303 | | | 3,400.00 |
| IMS<br>5350 Commerce Blvd.<br>Suite C<br>Rohnert Park, CA 94928 | IMS<br>5350 Commerce Blvd.<br>Suite C<br>Rohnert Park, CA 94928 | | | 4,369.95 |
| Next Media Operating Inc.<br>Dept. 809193<br>Chicago, IL 60680-9193 | Next Media Operating Inc.<br>Dept. 809193<br>Chicago, IL 60680-9193 | | | 18,558.40 |
| Reply, Inc.<br>12667 Alcosta Blvd.<br>Suite 200<br>San Ramon, CA 94583 | Reply, Inc.<br>12667 Alcosta Blvd.<br>Suite 200<br>San Ramon, CA 94583 | | | 4,761.00 |
| Snap On Business Solutions<br>23756 Network Place<br>Chicago, IL 60673 | Snap On Business Solutions<br>23756 Network Place<br>Chicago, IL 60673 | | | 3,254.84 |
| Superior Sound Inc.<br>740 N. Larch Avenue<br>Elmhurst, IL 60126 | Superior Sound Inc.<br>740 N. Larch Avenue<br>Elmhurst, IL 60126 | | | 3,016.95 |
| The Papers, Inc.<br>P.O. Box 188<br>Milford, IN 46542-0188 | The Papers, Inc.<br>P.O. Box 188<br>Milford, IN 46542-0188 | | | 5,740.00 |
| WMCarnet<br>1477 E. Apple Ave.<br>Muskegon, MI 49442 | WMCarnet<br>1477 E. Apple Ave.<br>Muskegon, MI 49442 | | | 3,178.00 |
| Yellow Book West<br>P.O. Box 6448<br>Carol Stream, IL 60197 | Yellow Book West<br>P.O. Box 6448<br>Carol Stream, IL 60197 | | | 7,184.81 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   April 15, 2009                                Signature   /s/ Daniel F. Sledz
                                                                 Daniel F. Sledz
                                                                 President

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

```
1800 Radiator
26575 W. Commerce Dr.
Volo, IL 60073


Accessories of Chicago
P.O. Box 470098
Celebration, FL 34747


ADP Dealer Services
10 Inverness Center Pkwy
Suite 300
Birmingham, AL 35242-4819


ADP Dealer Services
1950 Hassell Road
Hoffman Estates, IL 60195-2308


AJR International  Inc.
300 Regency Drive
Glendale Heights, IL 60139


Alert Alarm Corp.
3575 Commercial Avenue
Northbrook, IL 60062


Alliance, Milwaukee Radio
N72 W 12922 Good Hope Road
Menomonee Falls, WI 53051


Allstar Auto Glass Inc.
1244 Capitol Drive
Unit B
Addison, IL 60101


American Gases Corp.
39499 Grove Avenue
Gurnee, IL 60031


American Marketing and Publishing
P.O. Box 982
Dekalb, IL 60115


Americredit
4100 Embarcadero
Arlington, TX 76014
```

Antioch Auto Parts
250 Route 173
Antioch, IL 60002

Aramark Uniform Services
4200 S. Halsted
Suite 603
Chicago, IL 60609

Auto Trader
5775 Peachtree Dunwoody Road
P.O. Box 932207
Atlanta, GA 31193

Bank of America
c/o Gonzalez Saggio & Harlan
225 E. Michigan
Milwaukee, WI 53202

Beller Transport
219 Hidden Hardour Dr.
Mount Juliet, TN 37122

Berry Tire
1001 N. Milwaukee Avenue
Libertyville, IL 60048

BMW Financial Services
5550 Britton Parkway
Hilliard, OH 43026

Broadway Equipment Co.
4701 Humboldt Avenue N
Minneapolis, MN 55430

Callsource
P.O. Box 80162
City Of Industry, CA 91716-8162

CitiFinancial Auto
P.O. Box 182280
Columbus, OH 43218

```
City of Chicago
P.O. Box 5676
Chicago, IL 60680


Classic Care Products
4817 64th Avenue
Kenosha, WI 53144


Concord Inc.
959 AEC Dr
Wood Dale, IL 60191


Copy King Office Solutions, Inc.
1815 Wallace Ave.
Suite 309
Saint Charles, IL 60174


CPB Real Estate Partners, LLC
c/o Dan Sledz
2175 E. New York St.
Aurora, IL 60502


Credco, First Advantage
P.O. Box 509019
San Diego, CA 92150-9019


Dan Sledz
c/o Fox Valley Auto Mall, Inc.
2175 E. New York St.
Aurora, IL 60502


Dave Meeker Auto
24496 Eagle Road
Purcell, OK 73080


Dealer Product Services
3105 N. Wilks Rd.
Suite A
Arlington Heights, IL 60004


Dealer Track
P.O. Box 6129
New York, NY 10087
```

Dealerlink, Inc.
14221 Ballantyne Country Club Drive
Charlotte, NC 28277


Dealeron, Inc.
5515 Security Lane
Suite 725
Rockville, MD 20852


Dealix Corp
Dept. CH 17309
Palatine, IL 60055


Deleware Place Bank
190 E. Deleware Place
Chicago, IL 60611


Dentic
P.O. Box 1281
Highland Park, IL 60035


DHL Express
14105 Collections Center Drive
Chicago, IL 60693


Enterprise Rent-a-Car
3030 Washington
Waukegan, IL 60085


Erickson Auto Trim Inc.
2210 Lathrop Avenue
Racine, WI 53405


Express Auto Glass Inc.
918 E. Ogden Avenue
Naperville, IL 60563


FedEx
P.O. Box 94515
Palatine, IL 60094


Fifth Third Bank
1850 East Paris Ave. CSC 1
Grand Rapids, MI 49546

```
Finish Pro
649 Chase Avenue
Elk Grove Village, IL 60007


Gallagher Promotional Products
P.O. Box 520635
Longwood, FL 32752-0635


George Vrakas
10014 Springdale Dr.
Spring Grove, IL 60081


Gregory Chrysler Plymouth
130 Cedar Avenue
Lake Villa, IL 60046


Guardian Products
5575 Spalding Dr
Norcross, GA 30092


Gurnee Volkswagon
100 Old Skokie Road
Park City, IL 60085


Hasselbring Auto Transport
1124 23rd Avenue North
Saint Cloud, MN 56303


HSBC Auto Finance
P.O. Box 60187
City Of Industry, CA 91716


Hwy 70 Towing
2005 Hwy 70
Kingston Springs, TN 37082


Illiana Financial, Inc.
833 N. Church Road
P.O. Box 1127
Elmhurst, IL 60126


IMS
5350 Commerce Blvd.
Suite C
Rohnert Park, CA 94928
```

Interstate Battery System
19117 West Casey Road
Libertyville, IL 60048


Jant'z Yard Automotive
2500 Washington Road
Kenosha, WI 53140


Jim Sledz
c/o Fox Valley Auto Mall, Inc.
2175 E. New York St.
Aurora, IL 60502


K&R Transportation
4106 Mellow Lane
Pinckney, MI 48169


Keystone Automotive Industries
NW 5335
P.O. Box 1450
Minneapolis, MN 55485


Legacy Long Distance
P.O. Box 44
Naperville, IL 60566


LKQ Corp
2101 Beloit Ave.
Janesville, WI 53546


Marquette Consumer Finance
3033 Campus Drive
Suite N150
Minneapolis, MN 55441


Medi, Source Interlink Ent
P.O. Box 933852
Atlanta, GA 31193


Metropolitan Supply
7580 Quattro Dr
Chanhassen, MN 55317

Next Media Operating Inc.
Dept. 809193
Chicago, IL 60680-9193


POC Pages
P.O. Box 2277
Orem, UT 84059


Praxair Distribution, Inc.
Dept. CH10660
Palatine, IL 60055-0660


Quality Oil, Inc.
55 North, 400 East
Valparaiso, IN 46383


Reply, Inc.
12667 Alcosta Blvd.
Suite 200
San Ramon, CA 94583


Reynolds & Reynolds
23150 Network Place
Chicago, IL 60673-1231


Safety Kleen
One Brickman Way
Elgin, IL 60123-7857


Snap On Business Solutions
23756 Network Place
Chicago, IL 60673


Superior Sound Inc.
740 N. Larch Avenue
Elmhurst, IL 60126


TASA
188 Barnwood Drive
Edgewood, KY 41017


The Papers, Inc.
P.O. Box 188
Milford, IN 46542-0188

Tran Tech, Inc.
862 Wil, Carleton Road
Chanhassen, MN 55317


Triad Financial Corp
7711 Center Avenue
Suite 100
Huntington Beach, CA 92647


Tribune Interactive
14891 Collections Center Dr.
Chicago, IL 60693-0148


TRX
11 W. Branson
P.O. Box 366
La Fontaine, IN 46940


United Road
P.O. Box 673554
Detroit, MI 48267


Waste Management
1411 Opus Place #400
Downers Grove, IL 60515


Waukegan Tire
3444 W. Washington Street
Waukegan, IL 60085


Wells Fargo Auto Finance
2501 Seaport Dr
Suite BH30-0
Chester, PA 19013


WMCarnet
1477 E. Apple Ave.
Muskegon, MI 49442


Yellow Book West
P.O. Box 6448
Carol Stream, IL 60197

# United States Bankruptcy Court
## Northern District of Illinois

In re  WTM, Inc.                                                    Case No.
                          Debtor(s)                                 Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   WTM, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| April 15, 2009 | /s/ David J. Schwab |
| Date | David J. Schwab 6204333 |
| | Signature of Attorney or Litigant |
| | Counsel for  WTM, Inc. |
| | Ralph, Schwab & Schiever, Chartered |
| | 175 East Hawthorn Parkway |
| | Suite 345 |
| | Vernon Hills, IL 60061 |
| | 847-367-9699 Fax:847-367-9621 |